**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THEODORE JAMES PRIEST,
      Plaintiff,

vs.                                      Case No.: 3:07cv116/RV/MD

JONATHAN E. NETTLES, et al.,
      Defendants.

---

**O R D E R**

      This cause is before the court upon plaintiff filing a second motion for extension of time in which to pay his initial partial filing fee. (Doc. 16).

      On April 27, 2007 this court granted plaintiff leave to proceed *in forma pauperis* in this civil rights action, and assessed an initial partial filing fee of $16.17 based on review of the average monthly deposits in his inmate trust account for the period October 8, 2006 - April 8, 2007.[1] (Doc. 7.). Plaintiff was directed to submit the initial partial filing fee within thirty days. Although plaintiff filed various motions during the 30-day period, he did not submit the initial partial filing fee.

      Accordingly, on June 11, 2007 this court issued an order directing plaintiff to show cause why his case should not be dismissed for failure to comply with an order of the court. (Doc. 12). Plaintiff responded by filing a Petition to Hold Court Cost in Abeyance until November 16, 2007, thirty days after his anticipated release from prison on October 16, 2007. (Doc. 13). The undersigned granted plaintiff a thirty-day extension, until July 30, 2007. (Doc. 14). Plaintiff was advised that no further extensions would be granted absent exceptional circumstances, and that if he chose not to pursue this litigation at this time, he should file a notice of voluntary dismissal.

---

[1] Plaintiff's complaint was filed on March 11, 2007.

Plaintiff then submitted $6.00 of the $16.17 initial partial filing fee. (Doc. 15). However, the deadline for submitting the remaining portion has elapsed with no further payment. Instead, plaintiff has filed another motion seeking a 110-day extension, until November 16, 2007 in which to submit the remaining portion of the initial partial filing fee. Plaintiff's motion does not demonstrate exceptional circumstances warranting a further extension.

Accordingly, it is ORDERED:

1. Plaintiff's motion for extension of time (doc. 16) is DENIED.

2. Within **twenty (20) days** from the date of this order, plaintiff shall show cause why this case should not be dismissed by submitting a copy of his trust fund account statement(s) for the period **April 9, 2007 through the date of this order.** He shall obtain such statements <u>from each penal facility at which he has been confined</u> during that period. In the alternative, plaintiff shall pay the remainder of the initial partial filing fee ($10.17) within the same time period.

3. Failure to respond to this order as instructed will result in a recommendation of dismissal of this action without prejudice, for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 1st day of August, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:07cv116/RV/MD*