# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

THEODORE JAMES PRIEST,
    Plaintiff,

vs.                            **3:07cv116/RV/MD**

JONATHAN E. NETTLES, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 24, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with this court's April 27, 2007 order.

3.    The clerk is directed to close the file.

At Pensacola, Florida, this 14th day of September, 2007.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE